IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| IMPORTEAM , LTD., as assignee of PRODRAGON, LTD., | * * * * | |
| Plaintiff | * * | |
| VS. | * * | NO: 5:11CV00240   SWW |
| ILLINOIS TOOL WORKS, INC., d/b/a ITW SHIPPERS PRODUCTS, | * * * | |
| Defendant | * * | |

## ORDER OF DISMISSAL

Upon the joint motion of the parties to dismiss their respective claims and counterclaims in this matter with prejudice,

IT IS THEREFORE ORDERED that all claims and counterclaims in the above-entitled action hereby are dismissed with prejudice.

DATED this 14th day of June, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE